1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAI LAO** <br> **xxx-xx-5710** <br> <br> **Plaintiff,** <br> <br> v. <br> <br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br> <br> **Defendant.** | Case No. CIV-06-2714 EFB <br> <br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from July 26, 2007, to September 14, 2007.   This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

Dated: July 3, 2007        */s/Bess M. Brewer*
                           BESS M. BREWER
                           Attorney at Law

                           Attorney for Plaintiff

////

////

////

1

Dated: July 3, 2007

McGregor W. Scott
United States Attorney

By: */s/ Grace B. Carter*
GRACE B. CARTER

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 27, 2007.

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE