1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 Sacramento, CA 95814
Telephone: (916) 448-8600
4 Facsimile: (916) 448-8605

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAI LAO**<br>**xxx-xx-5710**<br><br>              **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>              **Defendant.** | Case No. CIV-06-2714 EFB<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the motion for summary judgment is hereby extended to September 19, 2007.[1]  This extension is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

---

[1] The court notes that in the stipulation and proposed order submitted by the parties, they agreed to an extension from "July 26, 2007, to September 19, 2007." However, the court previously granted a first extension of time from July 26, 2007, to September 14, 2007. Accordingly, the court has modified the stipulation to reflect that, granting plaintiff an additional five days in which to file the motion for summary judgment.

1

Dated: September 11, 2007             */s/Bess M. Brewer*
                                      BESS M. BREWER
                                      Attorney at Law

                                      Attorney for Plaintiff


Dated: September 11, 2007             McGregor W. Scott

                                      United States Attorney


                                      By: */s/ Donna Montano*
                                      DONNA MONTANO

                                      Special Assistant U.S. Attorney
                                      Social Security Administration

                                      Attorney for Defendant


                        **ORDER**

APPROVED AND SO ORDERED.

DATED: September 12, 2007.

                                      _____
                                      EDMUND F. BRENNAN
                                      U.S. MAGISTRATE JUDGE

2