1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAI LAO** <br> **xxx-xx-5710** <br> <br> **Plaintiff,** <br> v. <br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br> **Defendant.** | Case No. CIV-06-2714 EFB <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

21  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the
22  permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is
23  hereby extended from September 19, 2007 to September 20, 2007.  This extension is required due to
24  plaintiff's counsel's need to be out of the office on urgent business for her mother.
25  / / /
26  / / / /
27  / / / /
28

1

Dated: September 19, 2007      */s/Bess M. Brewer*
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff


Dated:  September 19, 2007      McGregor W. Scott

                                United States Attorney


                                By: */s/ Donna Montano*
                                DONNA MONTANO
                                Special Assistant U.S. Attorney
                                Social Security Administration

                                Attorney for Defendant


                                **ORDER**

APPROVED AND SO ORDERED.

DATED:  September 25, 2007.

                                _____
                                EDMUND F. BRENNAN
                                U.S. MAGISTRATE JUDGE

2