McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M MONTANO
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134
E-Mail: donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHAI LAO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE[1], ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:06-CV-02714-EFB <br><br> STIPULATION AND PROPOSED ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have **a first extension of time, to and until October 30, 2007**, to respond to Plaintiff's motion for summary judgment. This request is based upon good cause, including the fact that the undersigned Special Assistant United States Attorney was only recently assigned to this case and substituted as Counsel for Defendant Michael J. Astrue, Commissioner of Social Security.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                              Respectfully submitted,

Dated: October 11, 2007         /s/ Bess Brewer
                                       (As authorized via e-mail)
                                       BESS BREWER
                                       Attorney for Plaintiff

Dated: October 11, 2007         McGREGOR W. SCOTT
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       /s/ Donna M. Montano
                                       DONNA M. MONTANO
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

                                            <u>ORDER</u>

    APPROVED AND SO ORDERED.

DATED: October 12, 2007.

                                       _____
                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE